UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-00802-RGK (AGRx) | Date | August 14, 2017 |
|---|---|---|---|
| Title | Prime Healthcare Services La Palma, LLC v. Sylvia Mathews Burwell | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Sandra MacNeil | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Bryan Wong | Abraham Meltzer | |

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Opening Brief Due: | November 17, 2017 |
| Responsive Brief Due: | December 15, 2017 |
| Reply Brief Due: | January 5, 2018 |
| Sur-Reply Brief Due: | January 22, 2018 |
| Court Trial: | February 20, 2018 at 9:00 a.m. |

**IT IS SO ORDERED.**

                                                                                                          :    01

                                              Initials of Preparer    slw