JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – LA PALMA, LLC d/b/a La Palma Intercommunity Hospital<br><br>          Plaintiff,<br><br>      vs.<br><br>ERIC D. HARGAN, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services,<br><br>         Defendant. | **Case No.** 2:17-cv-00802-RGK (AGRx)<br>Judge: Hon. R. Gary Klausner<br><br>**JUDGMENT**<br><br>Trial Date: February 20, 2018<br>Complaint Filed: February 1, 2017 |

In accordance with the Court's January 5, 2018 Order, it is **ORDERED, ADJUDGED, and DECREED** that:

Judgment is entered against plaintiff Prime Healthcare Services – La Palma LLC d/b/a La Palma Intercommunity Hospital and in favor of defendant Eric D. Hargan, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services.

    **IT IS SO ORDERED.**

MAR 0 5 2018
DATED: ~~February 20, 2018~~

_____
Hon. R. Gary Klausner